

UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>_Aarron Kaup_,<br><br>Defendant. | Case No. MJ25-5306<br><br>WAIVER OF PRELIMINARY HEARING |

I am a defendant charged in this case. The United States Magistrate Judge has explained to me that I have a right to have a preliminary examination and has explained to me the purpose of that proceeding. She/He has also explained to me that I have the right to testify at the preliminary examination and that if I wish, I may call other witnesses on my behalf. I also understand that I may waive the preliminary examination and the fact of such waiver cannot be used against me. I understand that if I waive the preliminary examination, my case will be immediately bound over for further proceedings in the District Court, and that any bond I have signed in this case remains in full force and effect.

I hereby waive my right to a preliminary examination.

_8/11/25_  _____
Date        Defendant's signature

_8/11/25_  _____
Date        Defense Attorney's signature